# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL HANSON<br>[United States Marshal Service],<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FAKE FRAUDULENT CREDIT<br>COLLECTORS/IDENTITY THEFT,<br><br>　　　　　Defendants. | Civil No. 05-2869 (JRT/JJG)<br><br>**ORDER** |

　　　　Paul Hanson, 400 Center Ave S Trlr 53, Montrose, MN 55363-8557, *pro se* plaintiff.

　　　　The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

　　　　Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

　　　　**IT IS HEREBY ORDERED** that:

　　　　1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

　　　　2. This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: January 16, 2006
at Minneapolis, Minnesota　　　　　　　　　　　　　　　s/John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge